RUDOLPH LEXOW, Appellant, *v.* JAMES JULIAN, Respondent

(Argued October 17, 1881; decided October 28, 1881.)

REPORTED below (21 Hun, 577).

*Charles Wehle* for appellant.

*G. S. Van Pelt* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.